■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT ANDERSON, Appellant, v DAVID R. HARRIS, as Superintendent of the Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding to obtain the petitioner's release from incarceration on the ground that he was entitled to be restored immediately to parole, the appeal is from a judgment of the Supreme Court, Dutchess County, dated December 3, 1979, which dismissed the writ. Judgment affirmed, without costs or disbursements (see

*People ex rel. Messner v Smith,* 74 AD2d 735, mot for lv to app den 49 NY2d 707). Gibbons, J. P., Gulotta, Margett and Martuscello, JJ., concur.